[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOV 20, 2008
THOMAS K. KAHN
CLERK

_____

No. 08-11770
Non-Argument Calendar

_____

D. C. Docket No. 94-00174-CR-J-16TEM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIE HICKSON SMITH,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(November 20, 2008)**

Before TJOFLAT, DUBINA and HULL, Circuit Judges.

PER CURIAM:

James T. Skuthan, appointed counsel for Willie Hickson Smith, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v.California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Smith's revocation of supervised release and sentence are **AFFIRMED**.